UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No.: 25-mj-12018 |
| v. | : | |
| VICTOR HERNANDEZ MORALES | : | <u>NOTICE OF APPEARANCE</u> |

    PLEASE TAKE NOTICE that Rebecca Sussman, Assistant United States Attorney (rebecca.sussman@usdoj.gov), is appearing for the United States of America in the above-captioned matter.

                                                    ALINA HABBA
                                                   United States Attorney

                                                   */s/ Rebecca Sussman*

                                                   By:  Rebecca Sussman
                                                           Assistant United States Attorney

Dated: June 17, 2025