UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 25-mj-12018 |
| v. | : | |
| HERNANDEZ MORALES | : | NOTICE OF APPEARANCE |

      PLEASE TAKE NOTICE that Alina Habba, United States Attorney for the District of New Jersey, by Robert Taj Moore, (Robert.Moore3@usdoj.gov), Assistant United States Attorney, is appearing for the United States of America in the above-captioned matter.

      Alina Habba
      United States Attorney

      /s/ Robert Taj Moore

      By:  Robert Taj Moore
      Assistant United States Attorney

Dated: July 7, 2025